**Order entered July 20, 2021**



In The
## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-20-00954-CV

**ABDUL MATEEN MODI, Appellant**

**V.**

**AFSHEEN IMRAN, Appellee**

**On Appeal from the County Court at Law No. 3**
**Collin County, Texas**
**Trial Court Cause No. 003-03597-2019**

## ORDER

Before the Court is appellant's July 16, 2021 second motion for an extension of time to file his brief on the merits. Appellant states in his motion that he has not filed his brief because he has not "received the court record yet." We **GRANT** the motion as follows. We **DIRECT** the Clerk of this Court to send appellant a CD copy of the clerk's record filed on December 4, 2020.[1] We extend the time for

---

[1] By order dated March 2, 2021, we ordered the appeal be submitted without the reporter's record.

appellant's brief to **August 19, 2021**.  We caution appellant that further extension requests will be strongly disfavored.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE